1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11   VARDA ROSE,                              CASE NO.  20-cv-07461-HSG

12              Plaintiff,                    **ORDER GRANTING DISMISSAL
                                              WITH PREJUDICE PURSUANT TO
13          vs.                               FEDERAL RULE OF CIVIL
                                              PROCEDURE 41(a)(1)(A)(iii)**
14   MARJAN KAVEH, D.C.; DOES 1 through 10,
     inclusive,

15
                Defendants.
16

17        The parties have stipulated to the action being dismissed with prejudice.  The Federal

18   Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order

19   of the Court.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the

20   Joint Stipulation for Dismissal With Prejudice is granted and the Clerk of Court is directed to

21   close this action.

22

23   IT IS SO ORDERED.

24   DATED:  December 28, 2021

25                                    _____
                                      HONORABLE JUDGE HAYWOOD
26                                    S. GILLIAM, JR.

27

28

**LEWIS**
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW